11/7/23

Midland Credit Management
350 Camino De La Reina
Ste 100
San diego, CA ~~92108~~ 92108

Acct# 322806435
Balance: $4,525.36

I am Disputing the alleged debt owed to Comunity Capital Bank

I need Validation of the debt the ONLy Convenient way to contact me is via Email.

NORMA Saldana
424 Susan Dr.
Buda TX 78610

Email: NormaSaldana424@gmail.com

Certified mail Number
7021 2720 0001 8669 6618